United States District Court
Southern District of Texas

**ENTERED**
~~January~~ 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-83 |
|---|---|---|---|

PETER BALDSCHUN, etc. et al.

*versus*

ACTION RESOURCES, LLC,
CABB NORTH AMERICA, INC., and JAMES ANDREW WILSON II

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Crews Townsend<br>Miller & Martin PLLC<br>832 Georgia Ave., Suite 1200<br>Chattanooga, TN 37402<br>423-756-6600  crews.townsend@millermartin.com<br>TN 012274 (TN does not utilize Federal Bar Numbers) |
|---|---|

| Name of party applicant seeks to appear for: | CABB North America, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1-19-19 | Signed: /s/ Crews Townsend |
|---|---|

| The state bar reports that the applicant's status is: TN 012274 is active and in good standing |
|---|
| Dated: 1-18-19   Clerk's signature: [signature] |

**Order**

Dated: 1-18-19

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge