IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETER BALDSCHUN, Individually, and as Surviving Spouse and Administrator of the Estate of MALLORY PYLES BALDSCHUN Deceased, and as Natural Guardian and Next Friend of O.B., H.B., and E.B Minor Children; and PETER BALDSCHUN, Individually and as Natural Guardian and Next Friend of H.B., a Minor Child<br><br>Plaintiff,<br><br>vs.<br><br>ACTION RESOURCES, LLC., CABB NORTH AMERICAN, INC., AND JAMES ANDREW WILSON II<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-83 |

## DEFENDANTS ACTION RESOURCES, LLC AND JAMES ANDREW WILSON II'S JOINDER TO DEFENDANT CABB NORTH AMERICA, INC.'S NOTICE OF REMOVAL

Defendants **ACTION RESOURCES, LLC** (hereinafter "Action Resources") and **JAMES ANDREW WILSON II** hereby file the within Joinder to Defendant CABB North America, Inc.'s Notice of Removal in the above-styled and numbered cause, and in support thereof state as follows:

### I. JOINDER

Action Resources and James Andrew Wilson II hereby join Defendant CABB North America, Inc.'s ("CABB") Notice of Removal (Document 1) and incorporates all of the allegations set forth in CABB's Notice of Removal as though the same were set forth at length herein.

## II. PRAYER

WHEREFORE, Defendants **ACTION RESOURCES, LLC** and **JAMES ANDREW WILSON II** respectfully pray and request that further proceedings in the lawsuit pending in the 164th Judicial District Court of Harris County, Texas at Cause No. 2018-88966 be discontinued, that Cause No. 2018-88966 be removed to federal court, that a federal court assume full jurisdiction over this action as provided by law, and that a federal court grant Action Resources, LLC all other relief, at law or in equity, to which these Defendants may be justly entitled.

Respectfully Submitted,

McCOY LEAVITT LASKEY LLC
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
(210)-446-2828 Office
(210)-522-7020 (FAX)

BY: _____
MICHAEL I. RAMIREZ
State Bar No. 24008604
Email: mramirez@mlllaw.com
DAVID A. DuBOIS
State Bar No. 24098871
Email: ddubois@mlllaw.com

ATTORNEYS FOR DEFENDANTS
**ACTION RESOURCES, LLC and
JAMES ANDREW WILSON II**

Defendants Action Resources, LLC and James Andrew Wilson II's Joinder to
Defendant CABB North America, Inc.'s Notice of Removal

Page 2

# CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of January, 2019, the Court using the CM/ECF system which will send notification of such filing to the following:

Russell S. Post
Jacqueline M. Furlow
BECK REDDEN, LLP
1221 McKinny Street, Suite 4500
Houston, Texas 77010

Fax No. 713/951-3720
Email: rpost@beckredden.com
Email: jfurlow@beckredden.com

James E. Butler
Brandon L. Peak
Rory A. Weeks
BUTLER WOOTEN & PEAK
105 13th Street
P.O. Box 2766
Columbus, GA 31902

Fax No. 706/323-2962

Carson A. Royal
HARRISS & HARTMAN LAW FIRM, P.C.
200 McFarland Building
P.O. Drawer 220
Rossville, GA 30741

Fax No. 706/861-6838

*Attorneys for Plaintiff*

Michael A. Shaunessy
Marcus V. Eason
MCGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701-2986

Fax No. 512/495-6093
Email: mshaunessy@mcginnislaw.com
meason@mcginnislaw.com

Neil A. Brunetz
C. Crews Townsend
MILLER & MARTIN PLLC
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402

Fax No. 423/785-8480
Email: neil.brunetz@millermartin.com
crews.townsend@millermartin.com

*Attorneys for Defendant
CABB North America, Inc.*

_____
DAVID A. DuBOIS

Defendants Action Resources, LLC and James Andrew Wilson II's Joinder to
Defendant CABB North America, Inc.'s Notice of Removal

Page 3