United States District Court
Southern District of Texas

**ENTERED**

February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-83 |
|---|---|---|---|

| Peter Baldschun, Individually and as Surviving Spouse and Administrator of the Estate of Mallory Pyles Baldschun, deceased, and as Natural Guardian and Next Friend of O.B., H.B., and E.B., Minor Children; and Peter Baldschun, Individually and as Natural Guardian and Next Friend of H.B., a Minor Child |
|---|

| *versus* |
|---|

| Action Resources, LLC, CABB North America, Inc., and James Andrew Wilson II |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rory A. Weeks<br>Butler Wooten & Peak LLP<br>2719 Buford Highway NE<br>Atlanta, GA 30324<br>404.321.1700 rory@butlerwooten.com<br>Georgia Bar No. 113491<br>n/a |
|---|---|

| Name of party applicant seeks to appear for: | Peter Baldschun |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 2/8/2019 | Signed: /s Rory A. Weeks |
|---|---|

| The state bar reports that the applicant's status is: *Active* |
|---|

| Dated: 2-11-19 | Clerk's signature |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: 2/12/19

United States District Judge