United States District Court
Southern District of Texas
**ENTERED**
February 14, 2019
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PETER BALDSCHUN, Individually and as Surviving Spouse and Administrator of the Estate of MALLORY PYLES BALDSCHUN, deceased, and as Natural Guardian and Next Friend of O.B., H.B., and E.B., Minor Children; and PETER BALDSCHUN, Individually and as Natural Guardian and Next Friend of H.B., a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>ACTION RESOURCES, LLC,<br>CABB NORTH AMERICA, INC., and<br>JAMES ANDREW WILSON II,<br><br>Defendants. | CIVIL ACTION CASE<br><br>NUMBER 4:19-CV-83<br><br>Assigned to the Honorable Vanessa Gilmore |

## ORDER

Defendant CABB North America, Inc. moved to transfer venue under 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Tennessee. Doc. 6. Defendants Action Resources, LLC and James Wilson II joined that motion. Doc. 16. While disagreeing with Defendants' stated bases for transfer, Plaintiff has consented to the transfer of this case to the Southern Division of the Eastern District of Tennessee under § 1404(a).

Having reviewed Defendants' motion, Plaintiff's response, and the public and private interest factors set out in *In re Volkswagen of Am., Inc.*, 545 F.3d 304, 315 (5th Cir. 2008) (en banc), the Court **FINDS** that on balance the public and private interests favor transfer of this case to the Eastern District of Tennessee. The Court also **FINDS** that transfer of this case would be "[f]or the convenience of parties and witnesses" and "in the interests of justice." In transferring

this case, this Court makes no determination about which state's law should govern liability and damages under Texas's choice-of-law rules. That will be a decision for the United States District Court for the Eastern District of Tennessee.

Accordingly, the Court hereby **TRANSFERS** this case to the Southern Division of the Eastern District of Tennessee under § 1404(a).

**IT IS SO ORDERED** this 14th day of Feb., 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE